UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ECHO LAKE FOODS, INC.,　　　　　　　　　　　File No.: 2:23-CV-00446

　　　　　Plaintiff,

　v.

THE REAL GOOD FOOD COMPANY, INC.

　　　　　Defendant.

## COMPLAINT

**NOW COMES** the Plaintiff, Echo Lake Foods, Inc., by its attorneys, Godfrey, Leibsle, Blackbourn & Howarth, S.C., and as and for a cause of action against the above-named Defendant, The Real Good Food Company, Inc., alleges and shows to the Court as follows:

### PARTIES

1. Plaintiff, Echo Lake Foods, Inc. ("Echo Lake Foods"), is a Wisconsin corporation with its principal place of business located at 316 West Grove Street, Burlington, Wisconsin, 53105.

2. Defendant, The Real Good Food Company, Inc. ("Real Good Food"), upon information and belief, is a Delaware corporation with its principal place of business located at 3 Executive Campus, Suite 155, Cherry Hill, New Jersey, 08002.

### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1332(a)(1) and 1367(a).

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2), as the events giving rise to the claims in this action occurred in this District.

**FACTUAL BACKGROUND**

5. Echo Lake Foods is a family owned business founded in 1941. Echo Lake Foods manufactures frozen foods such as precooked egg entrees, French toast, dinner rolls, precooked scrambled and diced eggs, waffles and pancakes.

6. Real Good Food, upon information and belief, is a publicly traded company offering breakfast, entrée, snacks and pizza options in over 16,000 stores nationwide.

7. On June 10, 2022, Real Good Food provided Echo Lake Foods with purchase order no. 14217 for the purchase of a Real Good Food diced scrambled egg product. A true and accurate copy of a June 10, 2022, Real Good Food email and purchase order for the diced scrambled egg product is attached to this Complaint as Exhibit 1.

8. The diced scrambled egg product ordered by Real Good Food includes tapioca starch, a specialty ingredient used in the recipe for the Real Good Food diced scrambled egg product. In order to produce this product for Real Good Food, Echo Lake Foods uses the smallest dicer openings and a specific cook pipe to achieve the correct scrambled egg dice size required for the Real Good Food diced scrambled egg product. This equipment is found only in the Echo Lake Foods' Franksville, Wisconsin production facility and is used by Echo Lake Foods to make only one product other than the Real Good Food diced scrambled egg product. The Real Good Food diced scrambled egg product is assigned Echo Lake Foods' internal product code no. MF 3098 DCT ("MF 3098 DCT Product"). Echo Lake Foods has only sold the MF 3098 DCT Product to Real Good Food.

9. After the June 10, 2022, Real Good Food purchase order was received, but before any product was manufactured, Echo Lake Foods notified Real Good Food of a price increase from the original Real Good Food purchase order. In a July 5, 2022, email response, Jamiley Larios of Real Good Food accepted the price increase on behalf of Real Good Food for the MF 3098 DCT Product. A true and accurate copy of this July 5, 2022, email exchange and a revised order verification issued by Real Good Food reflecting its agreement to the increased price for the MF 3098 DCT Product is attached to this Complaint as Exhibit 2. Pursuant to its revised order verification, Real Good Food agreed to purchase 40,344 pounds of the MF 3098 DCT Product from Echo Lake Foods at $3.65 per pound, for a total cost of $147,456.

10. Echo Lake Foods thereafter manufactured the MF 3098 DCT Product for Real Good Food, to be picked up by Real Good Food at the Echo Lake Foods' Franksville, Wisconsin facility on August 18, 2022. A true and accurate copy of Echo Lake Foods' invoice no. INV379297, confirming the Real Good Food purchase order for the MF 3098 DCT Product, is attached to this Complaint as Exhibit 3.

11. On August 18, 2022, Real Good Food took delivery of the MF 3098 DCT Product at the Echo Lake Foods' Franksville, Wisconsin facility. A true and accurate copy of a bill of lading executed on behalf of Real Good Food by its third-party transportation carrier, acknowledging receipt of the MF 3098 DCT Product on August 18, 2022, is attached to this Complaint as Exhibit 4.

12. Pursuant to the terms of Echo Lake Foods' invoice no. INV379297, payment was due from Real Good Food on the MF 3098 DCT Product no later than 21 days after the product was delivered to Real Good Food on August 18, 2022. Echo Lake Foods reserved the

right to impose a finance charge of 1½% per month if Real Good Food did not pay the invoice within 21 days of August 18, 2022.  *See* Exhibit 4.

13. Real Good Food never paid Echo Lake Foods' invoice no. INV379297. Representatives of Echo Lake Foods have repeatedly requested that Real Good Food pay invoice no. INV379297.  Real Good Food, however, has failed and refused to make any payment.

## COUNT I:  BREACH OF CONTRACT

Echo Lake Foods realleges and incorporates herein by reference paragraphs 1 through 13 of this Complaint.

14. The Real Good Food purchase order, revised order verification and Echo Lake Foods' invoice no. INV379297 constitute a binding and enforceable contract between Echo Lake Foods and Real Good Food.  Real Good Food breached its contract with Echo Lake Foods by failing to pay for the MF 3098 DCT Product manufactured by Echo Lake Foods at its request.

15. As a result of the breach by Real Good Food of its contract with Echo Lake Foods, Echo Lake Foods has suffered damages in the amount of $147,456, plus prejudgment interest at 18% *per annum* on and after September 8, 2022.

## SECOND CAUSE OF ACTION:
## BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

Echo Lake Foods realleges and incorporates herein by reference paragraphs 1 through 15 of this Complaint.

16. The binding contract created by the Real Good Food purchase order, revised order verification and Echo Lake Foods' invoice no. INV379297 required each party to act in good faith towards the other and to deal fairly with each other in performing under the contracts.

17. Real Good Food acted arbitrarily and unreasonably by accepting delivery of, but failing to pay for, the MF 3098 DCT Product.

18. Echo Lake Foods has suffered damages as a result of the breach by Real Good Food of its obligation to exercise good faith and fair dealing in performing under its contract with Echo Lake Foods in the amount of $147,456 plus prejudgment interest at 18% *per annum* on and after September 8, 2022.

**THIRD CAUSE OF ACTION: IN THE ALTERNATIVE, *QUANTUM MERIUT***

Echo Lake Foods realleges and incorporates herein by reference paragraphs 1 through 18 of this Complaint.

19. Real Good Food requested that Echo Lake Foods manufacture the MF 3098 DCT Product.

20. Echo Lake Foods manufactured the MF 3098 DCT Product with the expectation that it would receive reasonable compensation from Real Good Food for manufacturing that product.

21. Real Good Food has not compensated Echo Lake Foods for the requested MF 3098 DCT Product it took delivery of.

22. Echo Lake Foods is entitled to reasonable compensation from Real Good Food in the amount of $147,456 plus prejudgment interest at 18% *per annum* on and after September 8, 2022.

**FOURTH CAUSE OF ACTION: IN THE ALTERNATIVE, UNJUST ENRICHMENT**

Echo Lake Foods realleges and incorporates herein by reference paragraphs 1 through 22 of this Complaint.

23. By providing the requested MF 3098 DCT Product, Echo Lake Foods conferred a benefit on Real Good Food.

24. Real Good Food had knowledge of the benefit conferred.

25. Real Good Food accepted the MF 3098 DCT Product manufactured for it by Echo Lake Foods.

26. Real Good Food has been unjustly enriched by accepting the MF 3098 DCT Product, which had a value of $147,456.

**WHEREFORE**, Echo Lake Foods demands judgment against Real Good Food, as follows:

    a. For compensatory damages and consequential damages in an amount to be determined at trial, together with statutory costs and disbursements;

    b. For prejudgment interest in the amount of 18% *per annum* on and after September 8, 2022, on the outstanding balance due and owing; and

    c. For such other and further relief as the Court may deem just or equitable.

Dated this 5th day of April, 2023.

    GODFREY, LEIBSLE,
      BLACKBOURN & HOWARTH, S.C.
    Attorneys for Plaintiff


    By: <u>Electronically signed by Lisle W. Blackbourn</u>
        Lisle W. Blackbourn (1003897)

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**


Lisle W. Blackbourn
GODFREY, LEIBSLE,
  BLACKBOURN & HOWARTH, S.C.
354 Seymour Court
Elkhorn, WI  53121
Telephone:  262-723-3220
Facsimile:  262-723-7538
Email:  lblackbourn@godfreylaw.com
T:\E\Echo Lake Foods Inc\Real Good Foods\Office Copy\Complaint - FINAL.docx

6
Case 2:23-cv-00446-WED    Filed 04/05/23    Page 6 of 6    Document 1