UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ECHO LAKE FOODS, INC.,          File No.: 2:23-CV-00446

        Plaintiff,

-vs-

THE REAL GOOD FOOD COMPNAY, INC.,

        Defendant.

## CIVIL L.R. 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff, Echo Lake Foods, Inc., furnishes the following list in compliance with L.R. 7.1:

1. Echo Lake Foods, Inc.

2. Echo Lake Foods, Inc. has no parent corporation and no publicly held company owns any percentage of Echo Lake Foods, Inc.

Attorneys expected to appear in this matter are Godfrey, Leibsle, Blackbourn & Howarth, S.C., by attorneys Lisle W. Blackbourn and Janel Bergsbaken.

Dated this 5th day of April, 2023.

                GODFREY, LEIBSLE,
                  BLACKBOURN & HOWARTH, S.C.
                Attorneys for Plaintiff

                By: <u>Electronically signed by Lisle W. Blackbourn</u>
                    Lisle W. Blackbourn (1003897)

Lisle W. Blackbourn
GODFREY, LEIBSLE,
  BLACKBOURN & HOWARTH, S.C.
354 Seymour Court
Elkhorn, WI 53121
Telephone: 262-723-3220; Facsimile: 262-723-7538
Email: lblackbourn@godfreylaw.com
T:\E\Echo Lake Foods Inc\Real Good Foods\Office Copy\Civil L.R. 7.1 Disclosure Statement.docx